# EXHIBIT 1

# 21CV386802

**Print**

## Michael Shipman vs Darfon America Corp. et al

**Case Information**

**Case Type:** Breach of Contract/Warranty Unlimited (06)
**Case Number:** 21CV386802
**Filing Date:** 8/2/2021
**Case Status:** Active
**Court Location:** Civil

**PARTIES**

**EVENTS**

**HEARINGS**

Show All entries                                   Search:

| ▲ Type | First Name | Middle Name | Last Name |
|---|---|---|---|
| Defendant | | | Darfon America Corp. |
| Defendant | | | Darfon Electronics Corporation |
| Plaintiff | Michael | A | Shipman |

Showing 1 to 3 of 3 entries                                   Previous  1  Next

### Attorneys

Show All entries                                   Search:

| ▲ Representing | First Name | Middle Name | Last Name |
|---|---|---|---|
| Michael A Shipman | J | S | Russo |

Showing 1 to 1 of 1 entries                                   Previous  1  Next

Show All entries                                   Search:

| ▼ File Date | File Type | Filed By | Comment | Documents |
|---|---|---|---|---|
| 10/21/2021 | Proof of Service: Summons DLR (Civil) | Michael Shipman, | Proof of Service of Summons/Complaint | 📄 |
| 10/21/2021 | Proof of Service: Summons DLR (Civil) | Michael Shipman, | Proof of Service of Summons/Complaint | 📄 |
| 8/2/2021 | New Filed Case | | | |
| 8/2/2021 | Complaint (Unlimited) (Fee Applies) | Michael Shipman, | REDACTED | 📄 |
| 8/2/2021 | Summons: Issued/Filed | Michael Shipman, | Summons | 📄 |
| 8/2/2021 | Civil Case Cover Sheet | Michael Shipman, | Civil Case Cover Sheet | 📄 |
| 8/2/2021 | Document: Other | Michael Shipman, | UNREDACTED RE: Complaint (CONDITIONALLY FILED UNDER SEAL) | |

Showing 1 to 7 of 7 entries                                   Previous  1  Next

Show All entries                                   Search:

| Department | Type | ▼ Date | Time | Result |
|---|---|---|---|---|
| No data available in table | | | | |

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| J. Scott Russo, Esq., (SBN 155631)<br>RUSSO & DUCKWORTH, LLP<br>2801 West Coast Hwy., Ste. 270, Newport Beach, CA 92663<br>TELEPHONE NO.: (949) 752-7106    FAX NO.: (949) 752-0629<br>ATTORNEY FOR *(Name):* Plaintiff Michael A. Shipman | Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 8/2/2021 10:29 AM<br>Reviewed By: D Harris<br>Case #21CV386802<br>Envelope: 6973567 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

CASE NAME:
Michael A. Shipman v. Darfon., et al.,

| CIVIL CASE COVER SHEET<br>☑ Unlimited   ☐ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | Complex Case Designation<br>☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>21CV386802<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☐ punitive
4. Number of causes of action *(specify):* 1
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 12, 2021

J. Scott Russo, Esq.
(TYPE OR PRINT NAME)

*J. Scott Russo*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property Damage/Wrongful Death
  Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
  Product Liability (*not asbestos or toxic/environmental*) (24)
  Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business Practice (07)
  Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice (*not medical or legal*)
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
    Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage (*not provisionally complex*) (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment (*non-domestic relations*)
    Sister State Judgment
    Administrative Agency Award (*not unpaid taxes*)
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint (*not specified above*) (42)
    Declaratory Relief Only
    Injunctive Relief Only (*non-harassment*)
    Mechanics Lien
    Other Commercial Complaint Case (*non-tort/non-complex*)
    Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
  Partnership and Corporate Governance (21)
  Other Petition (*not specified above*) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

| CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Page 2 of 2 |
|---|---|---|

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Darfon America Corp., a California corporation; Darfon Electronics Corporation, a Taiwan company, and Does 1 through 25, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Michael A. Shipman, an individual,

---

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

E-FILED
8/2/2021 10:29 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
21CV386802
Reviewed By: D Harris
Envelope: 6973567

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Santa Clara Superior Court
191 North First Street San Jose, CA 95113

CASE NUMBER:
*(Número del Caso):*
21CV386802

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

J. Scott Russo, Russo & Duckworth, LLP, 2801 West Coast Hwy., #270, Newport Beach, CA 92663
(949) 752-7106

DATE: 8/2/2021 10:29 AM    Clerk of Court    Clerk, by  D Harris  , Deputy
*(Fecha)*                                   *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

E-FILED
8/2/2021 10:29 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
21CV386802
Reviewed By: D Harris

J. SCOTT RUSSO (STATE BAR NO. 155631)
RUSSO & DUCKWORTH, LLP
2801 W. Coast Highway, Suite 270
Newport Beach, CA 92663
Telephone No. (949) 752-7106
Facsimile No. (949) 752-0629

Attorneys for Plaintiff
Michael A. Shipman

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| Michael A. Shipman, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Darfon America Corp., a California corporation; Darfon Electronics Corporation, a Taiwan company, and Does 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 21CV386802<br><br>COMPLAINT FOR BREACH OF CONTRACT |

## Public – Redacts Matters From Conditionally Sealed Record

Plaintiff complains of Defendants, and each of them, and alleges as follows:

1. Plaintiff Michael A. Shipman ("Plaintiff") is and at all relevant times was, an individual residing in the State of California, County of Orange.

2. Defendant Darfon America Corp. is a California corporation with its principal place of business at 103 Pioneer Way, Suite B, Mountain View, California. Darfon America Corp. is wholly owned by Taiwan headquartered defendant Darfon Electronics Corporation, and it is through Darfon America Corp. that Darfon Electronics Corporation does business in California. A true and correct copy of the Darfon Electronics Corporation web page explaining the relationship between Darfon Electronics Corporation and Darfon America Corp. is attached hereto as Exhibit "1" and incorporated herein. Plaintiff is informed and believes, and based thereon alleges, that there exists such a unity of interest and ownership between Darfon Electronics Corporation and Darfon America Corp. that the separate corporate personalities are merged, so that one corporation is a mere adjunct of another or the two companies form a single enterprise and an inequitable result would occur if the acts set forth herein were treated as those of one corporation alone. Hereinafter, Darfon Electronics Corporation and Darfon America Corp., as the wholly owned entity through which Darfon Electronics Corporation does business in California, shall be referred to just as "Darfon".

3. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants herein named as Does 1 through 25, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will seek leave of this court to amend its Complaint to state the true names and capacities of such fictitiously named Defendants when the same have been ascertained.

4. Plaintiff is informed and believes, and based upon such information and belief alleges, that at all times mentioned herein each of the Defendants was and now is the agent, servant, employee, representative, sister company, parent company and

1  alter ego of each of the remaining Defendants, and in doing the things alleged herein,
2  was acting within the scope of his or its authority as such agent, servant, employee,
3  representative and alter ego with the knowledge, permission, consent and ratification
4  of the remaining Defendants.
5       5.   Venue is proper with this Court as Darfon's principal place of business is
6  in Mountain View, California, within the jurisdictional district of this Court.
7       6.   In or about September 1, 2012, Plaintiff and Darfon entered into that
8  certain Darfon/Shipman Illuminated Notebook Patent License Agreement, which was
9  amended on or about April 1, 2014. A true and correct copy of the agreement and
10 amendment are attached hereto as Exhibit "2" and incorporated by reference as if set
11 forth at length (the "Contract").
12      7.   REDACTED PURSUANT TO CALIFORNIA RULE OF COURT 2.551
13      8.   Plaintiff has timely performed all of the significant things that the Contract
14 required of him.
15      9.   Defendants performed under the Contract through the end of 2019,
16 partially accounted to Plaintiff for some sales for the first quarter of 2020 and then
17 ceased all accounting. Defendants have not made any royalty payments for their sales
18 after 2019. The following is a summary of Defendants' accounting and payments.

19  Redacted Pursuant to Confidentiality Agreement
20
21
22
23
24
25
26

27      10.  Defendants have materially breached the Contract by: (1) not accounting
28 to Plaintiff for each notebook computer keyboard manufactured or sold by Darfon

containing the Licensed Products and (2) not paying Plaintiff all royalty payments due.

11.     As a direct and proximate result of Defendants' breach, Plaintiff has been damaged in an amount in excess of the minimum jurisdiction of this Court to be proved at the time of trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Michael A. Shipman prays for judgment against Defendants, and each of them, as follows:

1. For damages according to proof;
2. For interest on said sums at the maximum legal rate until paid;
3. For an accounting by Defendants for all notebook computer keyboards manufactured or sold by Darfon containing the Licensed Products;
4. For costs of suit; and
5. For such other and further relief as this Court may deem just and proper.

RUSSO & DUCKWORTH. LLP

Dated:  July 28, 2021        By: *J. Scott Russo*
　　　　　　　　　　　　　　　　　J. Scott Russo
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　Michael A. Shipman

# DARFON (https://www.darfonsolar.com/)

Products ▾    How to Buy ▾    Warranty (https://www.darfonsolar.com/warrantyregistration)    Resources ▾

Contact ▾    Company ▾    Monitoring Portal ▾

Home  /  Company  /  About Us

# About Us

Darfon Electronics Corporation, established in 1997, is a Taiwan-based company with global offices in the United States, the Czech Republic and South Korea. It is one of sixteen independently operated companies in the BenQ Group. Darfon recorded consolidated annual sales revenue of approximately $1 billion USD and employs 16,200 people worldwide.

Darfon is the world's leading notebook keyboard and power supply manufacturer. In the past 16 years, the company has acquired more than 1,200 global patents and 10 international design awards. Utilizing its power supply and integrated material expertise to develop and expand its solar division, Darfon entered the solar industry in 2011.

Darfon is dedicated to producing high-quality solar products. From its micro inverters to its web-based monitoring system, Darfon believes in creating a solar power solution that is efficient and dependable, as well as, user-friendly.

## Darfon Electronics Corp.

167 Shan-ying Road, Gueishan,
Taoyuan 333, Taiwan, R.O.C.

📞 +886(3)250-8800           🖨 +886(3)350-9542

## Darfon America Corp.

103B Pioneer Way
Mountain View, CA 94041, USA

📞 +1-650-316-6300
🖨 +1-650-316-6301

EXHIBIT 1

### Darfon Electronics Czech s.r.o.

Turanka 1315/112, Brno 627 00  📞 +420-533-445-400
Czech Republic  🖨 +420-533-445-499

### Darfon Korea Co., LTD.

No.402(Forest Vision Center), 9, Gukhoe-daero 62-gil,
Yeongdeungpo-gu, Seoul, Korea 07236

📞 +82-2-782-0881      🖨 +82-2-782-0882

Back to Top

## About Our Company

Darfon Solar is a division of Darfon Electronics Corp., the world's leading notebook keyboard and power supply manufacturer with more than 1,200 global patents. Utilizing its power supply and integrated material expertise, Darfon manufactures off-grid/hybrid/microinverters, energy storage and a microinverter installation solution. The company controls cost and quality by designing, engineering, procuring, SMT/DIP, assembling and testing its products in-house.

### Products (https://www.darfonsolar.com/products)

Hybrid Inverters (https://www.darfonsolar.com/products/?category_name=Hybrid Inverters)
Batteries (https://www.darfonsolar.com/products/?category_name=Batteries)
Monitoring System (https://www.darfonsolar.com/products/?category_name=Monitoring System)
Microinverters (https://www.darfonsolar.com/products/?category_name=Microinverters)
Legacy Products (https://www.darfonsolar.com/products/?category_name=Legacy Products)

Subscribe to our Newsletter  

### Resources (https://www.darfonsolar.com/downloads)

Downloads (https://www.darfonsolar.com/downloads)

### Company (https://www.darfonsolar.com/page/?pname=about)

About Us (https://www.darfonsolar.com/page/?pname=about)
Events (https://www.darfonsolar.com/events)
Press Room (https://www.darfonsolar.com/pressroom)

© 2016 DARFON ELECTRONICS CORP. ALL RIGHTS RESERVED.

TERMS AND CONDITIONS (HTTPS://WWW.DARFONSOLAR.COM/PAGE/?PNAME=TERMS)   PRIVACY POLICY (HTTPS://WWW.DARFONSOLAR.COM/PAGE/?PNAME=PRIVACY)   SITEMAP (HTTPS://WWW.DARFONSOLAR.COM/SITEMAP)

J. SCOTT RUSSO (STATE BAR NO. 155631)
RUSSO & DUCKWORTH, LLP
2801 W. Coast Highway, Suite 270
Newport Beach, CA 92663
Telephone No. (949) 752-7106
Facsimile No. (949) 752-0629

Attorneys for Plaintiff
Michael A. Shipman

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| Michael A. Shipman, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Darfon America Corp., a California corporation; Darfon Electronics Corporation, a Taiwan company, and Does 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.:<br><br>_____<br><br>EXHIBIT 2 TO COMPLAINT |

**<u>Lodged Conditionally Under Seal [Cal. Rule of Court 2.551]</u>**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>J. Scott Russo, Esq. (SBN 155631)<br>Russo & Duckworth, LLP<br>2801 W. Coast Highway, Ste. 270<br>Newport Beach, CA 92663<br>TELEPHONE NO.: (949) 752-7106    FAX NO. *(Optional):* (949) 752-0629<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff Michael A. Shipman | FOR COURT USE ONLY<br><br>Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 10/21/2021 11:59 AM<br>Reviewed By: R. Fleming<br>Case #21CV386802<br>Envelope: 7511251 |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA<br>STREET ADDRESS:<br>MAILING ADDRESS: 191 North First Street San Jose<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Michael A. Shipman, et al.,<br>DEFENDANT/RESPONDENT: Darfon America Corp., et al., | CASE NUMBER:<br>21CV386802 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
      Darfon America Corp., a California corporation

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Daisy, CT Corporation, agent for service of process.

4. Address where the party was served:
   330 N. Brand Avenue, Glendale, CA 91203

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* October 14, 2021    (2) at *(time):* 12:11 p.m.

   b. [ ] **by substituted service.** on *(date):*         at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

POS-010

| PLAINTIFF/PETITIONER: Michael A. Shipman, et al., | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Darfon America Corp., et al., | 21CV386802 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                             (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* Darfon America Corp., a California corporation
     under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
                                                           ☐ other:

7. **Person who served papers**
  a. Name: Tyler Barlow
  b. Address: 2882 Alexander Road, Laguna Beach, CA 92651
  c. Telephone number: (951) 440-7843
  d. **The fee** for service was: $ 75.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
          ☒ owner    ☐ employee    ☐ independent contractor.
     (ii) Registration No.: PSC #6187
     (iii) County: Orange

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: October 14, 2021

Tyler Barlow
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

DocuSigned by: *[signature: Tyler Barlow]*
C21A5B1A259E439...
(SIGNATURE)

POS-010 [Rev. January 1, 2007]            **PROOF OF SERVICE OF SUMMONS**            Page 2 of 2

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>J. Scott Russo, Esq. (SBN 155631)<br>Russo & Duckworth, LLP<br>2801 W. Coast Highway, Ste. 270<br>Newport Beach, CA 92663<br>TELEPHONE NO.: (949) 752-7106   FAX NO. *(Optional):* (949) 752-0629<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff Michael A. Shipman | **POS-010**<br>**FOR COURT USE ONLY**<br>Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 10/21/2021 11:59 AM<br>Reviewed By: R. Fleming<br>Case #21CV386802<br>Envelope: 7511251 |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**<br>STREET ADDRESS:<br>MAILING ADDRESS: 191 North First Street San Jose<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Michael A. Shipman, et al.,<br>DEFENDANT/RESPONDENT: Darfon America Corp., et al., | CASE NUMBER:<br>21CV386802 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
      Darfon Electronics Corporation, a Taiwan company, by serving Agent Darfon America Corp., a California corporation
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Daisy, CT Corporation, agent for service of process.

4. Address where the party was served:
   330 N. Brand Avenue, Glendale, CA 91203

5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* October 14, 2021   (2) at *(time):* 12:11 p.m.
   b. [ ] **by substituted service.** on *(date):*                at *(time):*                I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*                from *(city):*                or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: Michael A. Shipman, et al., | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Darfon America Corp., et al., | 21CV386802 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                   (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* Darfon Electronics Corporation, a Taiwan company
      under the following Code of Civil Procedure section:
      
      ☒ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)         ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                         ☐ other:

7. **Person who served papers**
   a. Name: Tyler Barlow
   b. Address: 2882 Alexander Road, Laguna Beach, CA 92651
   c. Telephone number: (951) 440-7843
   d. **The fee** for service was: $ 75.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
           ☒ owner    ☐ employee    ☐ independent contractor.
           (ii) Registration No.: PSC #6187
           (iii) County: Orange

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: October 14, 2021

Tyler Barlow
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

DocuSigned by:
*[signature]*
C21A5B1A259E439...
_____
(SIGNATURE)